UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

IN RE:

DAVID J. WHITMAN,                      Case No. 09-21322

                                       Chapter 7 Proceeding
                Debtor(s).             Hon. Daniel S. Opperman
_____/

## STATEMENT REGARDING FUNDS TO BE
## <u>DEPOSITED IN U.S. REGISTRY UNDER $5</u>

      The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

     (1)     The Swiss Colony                           $4.92
                 Claim No. 6

                                                                          _____

                 TOTAL                                     $4.92

DATED: July 12, 2010

                                             /s/ Randall L. Frank
                                             _____
                                             Randall L. Frank (P33189)
                                             Chapter 7 Trustee
                                             310 Davidson Building
                                             P.O. Box 2220
                                             Bay City, Michigan 48707
                                             Telephone: (989) 893-2461
                                             randallfrank@chartermi.net